| Manufacture | Description | Color | Serial or VIN | License Plate | Total Value |
|---|---|---|---|---|---|
| Ditch Witch | MR90 Mud Recycler | Orange | CMWMR90XLF0000049 | N/A | $73,000.00 |
| Altorfer | TH255C Telehandler | Yellow | JK200447 | N/A | $50,435.00 |
| Comstar | RR-160 Reel | Yellow | 595YC1113KM000325 | HP4782 | $8,100.00 |
| Subsite Electronics | DW TX UTG STD Utility Locator | Green | 8446770 | N/A | $2,700.82 |
| Subsite Electronics | DW TX UTG STD Utility Locator | Green | 8446562 | N/A | $2,700.82 |
| Subsite Electronics | DW TX UTG STD Utility Locator | Green | 8446932 | N/A | $2,700.82 |
| Subsite Electronics | DW TX UTG STD Utility Locator | Green | 8446994 | N/A | $2,700.82 |
| Subsite Electronics | DW TX UTG STD Utility Locator | Green | 8401111 | N/A | $2,700.82 |
| Milwaukee | Grease Gun | Red | NA | N/A | $269.00 |
| Milwaukee | Grease Gun | Red | NA | N/A | $269.00 |
| Milwaukee | Grease Gun | Red | NA | N/A | $269.00 |
| Ditch Witch | MR90 Mud Recycler Trailer | Black | 1DSB122X1F1701849 | JH1522 | $7,000.00 |
| Ditch Witch | Sandvik XTH-40 Airhammer | Steel | XTH-40 | N/A | $41,340.00 |
| Husqvarna | Handheld Power Cutter | Orange | NA | N/A | $999.00 |
| Husqvarna | Handheld Power Cutter | Orange | NA | N/A | $999.00 |
| Ditch Witch | T14MV Mud Recycler | Black | 1DSB222Y1M1700669 | N/A | $10,000.00 |
| Condux | Golfstream 400 Blowing Machine | Blue/Gray | AB135622019 | N/A | $31,947.29 |
| Ditch Witch | Falcon Receiver Locator | Green or Orange | 30190868 | N/A | $28,500.00 |
| Husqvarna | Handheld Power Cutter | Orange | NA | N/A | $999.00 |
| Husqvarna | Handheld Power Cutter | Orange | NA | N/A | $999.00 |
| Unknown | Duct Rodder 3/8" X 1000' Toneable 45" cage | Blue | NA | N/A | $1,700.00 |
| Vivax Metrotech | Locator vLoc3-5000 | Yellow | NA | N/A | $7,000.00 |
| Unknown | Portbable Air Compressor | Red/Black | NA | N/A | $1,200.00 |
| Wacker Neuson | Two-Stroke Rammer | Yellow | NA | N/A | $2,699.00 |
| Wacker Neuson | Two-Stroke Rammer | Yellow | NA | N/A | $2,699.00 |
| Wacker Neuson | Two-Stroke Rammer | Yellow | NA | N/A | $2,699.00 |

Exhibit 1